JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

EUMI L. CHOI (WVBN 722)
Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5079
   Facsimile:  (408) 535-5066
   Email: Eumi.Choi@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 09-01119 JW |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] DISCOVERY PROTECTIVE ORDER BETWEEN THE UNITED STATES AND ALL DEFENDANTS |
| NORMAN BUETOW, et al. | ) |
| Defendants. | ) |

     Defendants Norman Buetow, Tony A. Yaymadzhyan, Susan Nahapetian, and Rudik Avakyan, and the United States of America, by and through their counsel of records, hereby agree and stipulate as follows:

     1.    This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory powers.

     2.    This Order pertains to all discovery provided to or made available to defense counsel as part of discovery in the above-cited case.

     3.    The discovery and information therein may only be used in connection with the litigation of this case and for no other purpose.  Defense counsel will return the discovery to the

government, or certify that has been shredded at the conclusion of the case.

     4.    Defense counsel shall not provide any of the discovery to any person other than to their respective defendant/client, or attorneys, law clerks, paralegals, secretaries, experts and investigators involved in the representation of his or her defendant/client, for the purpose of said representation. Further, in disclosing discovery to defendants, personal information contained in the discovery, including individuals' dates of birth, addresses (physical and email), telephone numbers, social security numbers, and driver's license numbers, shall be redacted, and shall not be provided to any defendant in any manner or form.

     5.    Defense counsel shall advise his or her respective defendant/client, employees, other authorized members of the defense team and defense witnesses of the terms of this stipulation and order, and that use of the subject discovery materials for a purpose other than in connection with the litigation of this case may be subject to criminal sanctions.

     6.    Defense counsel will store the discovery in a secure place and will exercise due diligence to ensure that it is not disclosed to third persons in violation of this agreement. Similarly, if defense counsel make, or cause to be made, copies of any of the discovery, defense counsel will exercise due diligence to maintain control of said copies and to ensure that said

copies are stored in a manner to safeguard against the inappropriate use of said materials.

DATED: March 2, 2010

JOSEPH P. RUSSONIELLO  
United States Attorney

_____/s/_____  
EUMI L. CHOI  
Assistant United States Attorney

_____/s/_____  
FRED MINASSIAN, ESQ.  
Attorney for Defendant Tony A. Yaymadzhyan

_____/s/_____  
PAUL B. MELTZER, ESQ.  
Attorney for Defendant Norman Buetow

_____/s/_____  
GEORGE GEVORK MGDESYAN, ESQ.  
Attorney for Defendant Susan Nahapetian

_____/s/_____  
JOHN STANLEY, ESQ.  
Attorney for Defendant Rudik Avakyan

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the terms of the stipulation between the United States and all defendants in this case pertaining to the discovery in this case be imposed.

IT IS SO ORDERED.

DATED: March 5, 2010

PATRICIA V. TRUMBULL  
UNITED STATES MAGISTRATE JUDGE