1 | JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney

2 |
3 | BRIAN J. STRETCH (CABN 163973)
    Chief, Criminal Division

4 | EUMI L. CHOI (WVBN 722)
    Assistant United States Attorney

5 |
6 |   150 Almaden Boulevard
      San Jose, California 95113
      Telephone: (408) 535-5079
7 |   Facsimile:  (408) 535-5066
      Email: Eumi.Choi@usdoj.gov

8 | Attorneys for the United States of America

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*
3/12/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 09-01119 JW |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME FROM APRIL 5, 2010 THROUGH MAY 10, 2010, FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A),(B)) |
| v. | ) | |
| NORMAN BUETOW, | ) | |
| Defendant. | ) | |

On February 11, 2010, the parties appeared for an initial appearance and arraignment in the above-cited case. At that time, the magistrate judge set the matter for a status hearing on April 5, 2010, to allow defense counsel a reasonable period of time to receive and review the ample discovery in this case. The parties stipulated to an exclusion of time under the Speedy Trial Act to allow counsel for defendant reasonable time for effective preparation. Substantial discovery has been provided to counsel. The government is in the process of providing more discovery to counsel. Counsel for all defendants in the case have agreed to request the Court to continue the hearing until **May 24, 2010**, to allow for full discovery to be provided and for an opportunity for counsel to review said discovery.

1

The United States hereby submits this written request for an order finding that said time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161, in that the ends of justice are served by taking such action and outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Further, the failure to grant such a continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

DATED: March 9, 2010          JOSEPH P. RUSSONIELLO
                              United States Attorney


                              _____/s/_____
                              EUMI L. CHOI
                              Assistant United States Attorney



                              _____/s/_____
                              PAUL B. MELTZER, ESQ.
                              Attorney for Defendant Norman Buetow

*IT IS SO ORDERED AS MODIFIED* [stamp, signed Judge James Ware]

# ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between April 5, 2010 through May 24, 2010, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The Court finds that the ends of justice are served by taking such action and outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Further, the failure to grant such a continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: March 12, 2010

*/s/ James Ware*
JAMES WARE
UNITED STATES DISTRICT COURT JUDGE

3