IT IS SO ORDERED AS MODIFIED
*James Ware*
Judge James Ware
12/3/2010

1  PAUL B. MELTZER (State Bar No. 077425)
   LAW OFFICES OF PAUL B. MELTZER
2  A Professional Corporation
   511 Water Street
3  Santa Cruz, California 95060
   Telephone: (831) 426-6000
4
5  Attorneys for Defendant, NORMAN T. BUETOW
6
                   UNITED STATES DISTRICT COURT
7                 NORTHERN DISTRICT OF CALIFORNIA
8                         SAN JOSE DIVISION

9  UNITED STATES OF AMERICA,          )   Case No.: CR 09-01119-JW
                                       )
10         Plaintiff,                  )
                                       )
11     vs.                             )   STIPULATION TO CONTINUE
                                       )   AND [PROPOSED] ORDER
12                                     )
                                       )
13 NORMAN T. BUETOW,                   )   Judge: The Honorable James Ware
                                       )
14         Defendant.                  )
                                       )
15

16     IT IS HEREBY STIPULATED by and between counsel that there exists good cause to
17 continue the December 6, 2010 Status Conference at 1:30 p.m. previously set forth in the matter
18 of NORMAN T. BUETOW to January 10, 2011 at 1:30 p.m. for Status Conference. The case
19 was put over to December 6, 2010 when all the co-defendants were supposed to appear.
20 However, the co-defendants' case has been put over to December 20, 2010 and defense counsel
21 is unavailable on that day. Therefore for the purposes of defense preparation, a setting date of
22 January 10, 2011 is respectfully requested.
23     The parties agree that the time between December 6, 2010 to January 10, 2011 shall be
24 excluded from the Speedy Trial Act requirements of Title 18, United States Code, § 3161
25 pursuant to Title 18, United States Code § 3161(h)(7)(A) and § 3161(h)(7)(B)(iv). The parties
26 agree that the time is excludable in that the ends of justice served by granting this continuance
27 outweigh the best interests of the public.
28 //

STIPULATION TO CONTINUE - 1

1   Therefore, it is respectfully requested that the previously set Status Conference of
2   December 6, 2010 be vacated and a Status Conference be set for January 10, 2011 at 1:30 p.m.
3   THE PARTIES SO STIPULATE.
4
5
6   Dated: December 2, 2010                UNITED STATES ATTORNEY
7
8                                          *Eumi Choi* with permission
                                           _____
9                                          EUMI CHOI, A. U.S. Attorney

10
11  Dated: December 2, 2010                LAW OFFICES OF PAUL B. MELTZER
12
                                           _____
13                                         PAUL B. MELTZER,
                                           Attorney for Defendant NORMAN T, BUETOW
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO CONTINUE - 2

1
2
3
4
5
6
7
8
9
10
11
12                          [PROPOSED] ORDER
13       Good cause shown, therefore, IT IS HEREBY ORDERED that the December 6, 2010
14  Status Conference at 1:30 pm. previously set forth in the matter of NORMAN T. BUETOW is
15  continued to **December 20, 2010** at 1:30 p.m. for Status Conference.  It is further ordered that the
16  time between December 6, 2010  until **December 20, 2010** shall be excluded from the Speedy Trial
17  Act requirements of Title 18, United States Code, § 3161 pursuant to Title 18, United States
18  Code § 3161(h)(7)(A) and § 3161(h)(7)(B)(iv).
19       SO ORDERED.
20
21  Dated: December  3 , 2010
22                                              HON. JAMES WARE, DISTRICT JUDGE
23                                              UNITED STATES DISTRICT COURT
24
25
26
27
28