1  PAUL B. MELTZER (State Bar No. 077425)
   LAW OFFICES OF PAUL B. MELTZER
2  A Professional Corporation
   511 Water Street
3  Santa Cruz, California 95060
   Telephone: (831) 426-6000
4
   Attorneys for Defendant, NORMAN T. BUETOW
5

6
                    UNITED STATES DISTRICT COURT
7                   NORTHERN DISTRICT OF CALIFORNIA

8                           SAN JOSE DIVISION

9  UNITED STATES OF AMERICA,        )  Case No.: CR 09-01119-ED
                                    )
10         Plaintiff,                )
                                    )  STIPULATION TO CONTINUE
11  vs.                              )  AND [PROPOSED] ORDER
                                    )
12                                   )
                                    )
13  NORMAN T. BUETOW,                )  Judge: The Honorable Edward Davila
                                    )
14         Defendant.                )
                                    )
15  _____ )

16         IT IS HEREBY STIPULATED by and between counsel that there exists good cause to

17  continue the November 28, 2011 Dispositional Hearing at 1:30 p.m. previously set forth in the

18  matter of NORMAN T. BUETOW to December 19, 2011 at 1:30 p.m. for plea. Dr. Buetow has a

19  number of medical appointments scheduled with an internist and a urologist next week. He could

20  not schedule these tests at an earlier time as he did not have health insurance or the ability to pay

21  independently. As soon as he obtained health insurance, Dr. Buetow scheduled these

22  appointments. Dr. Buetow would like to get the results of these tests before entering a plea.

23         The parties agree that the time between November 28, 2011 to December 19, 2011 shall

24  be excluded from the Speedy Trial Act requirements of Title 18, United States Code, § 3161

25  pursuant to Title 18, United States Code § 3161(h)(7)(A) and § 3161(h)(7)(B)(iv). The parties

26  agree that the time is excludable in that the ends of justice served by granting this continuance

27  outweigh the best interests of the public.

28  //

                              STIPULATION TO CONTINUE - 1

1  Therefore, it is respectfully requested that the previously set Status Conference of
2  November 28, 2011 be vacated and a plea be set for December 19, 2011 at 1:30 p.m.
3  THE PARTIES SO STIPULATE.

6  Dated: November___, 2011                    UNITED STATES ATTORNEY

                                               _____
                                               EUMI CHOI, A. U.S. Attorney

11 Dated: November 23, 2011                    LAW OFFICES OF PAUL B. MELTZER

                                               _____
                                               PAUL B. MELTZER,
                                               Attorney for Defendant NORMAN T, BUETOW

1
2
3
4
5
6
7
8
9
10
11
12                           **[PROPOSED] ORDER**

13       Good cause shown, therefore, IT IS HEREBY ORDERED that the November 28, 2011

14  Dispositional Hearing at 1:30 pm. previously set forth in the matter of NORMAN T. BUETOW

15  is continued to December 19, 2011 at 1:30 p.m. for plea.  It is further ordered that the time

16  between November 28, 2011  until December 19, 2011 shall be excluded from the Speedy Trial

17  Act requirements of Title 18, United States Code, § 3161 pursuant to Title 18, United States

18  Code § 3161(h)(7)(A) and § 3161(h)(7)(B)(iv).

19       SO ORDERED.

20

21  Dated: November 23 , 2011



22  _____
    HON. EDWARD DAVILA, DISTRICT JUDGE
23  UNITED STATES DISTRICT COURT

24
25
26
27
28